UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GS HOLISTIC, LLC, | CASE NO. C23-5179JLR |
| Plaintiff, | ORDER TO SHOW CAUSE |
| v. | |
| RANYA AND DANIA LLC, et al., | |
| Defendants. | |

On June 15, 2023, the Clerk entered default against Defendant Ranya and Dania LLC. (6/15/23 Default (Dkt. # 12).) The Clerk entered default against Defendant Ali Altameemi on December 1, 2023. (12/1/23 Default (Dkt. # 15).) GS Holistic has made no further filings in this case since moving for default on November 21, 2023. (*See* 11/21/23 Mot. (Dkt. 24); *see generally* Dkt.) Accordingly, the court ORDERS GS Holistic to show cause, by no later than **June 28, 2024**, why the court should not dismiss this action with prejudice for failure to prosecute. *See Pagtalunan v. Galaza*, 291 F.3d

ORDER - 1

639, 642–43 (9th Cir. 2002) (discussing factors that the court considers in determining whether to dismiss for failure to prosecute or to comply with a court order).

Dated this 17th day of June, 2024.

_____
JAMES L. ROBART
United States District Judge

ORDER - 2