1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON AT TACOMA

GS HOLISTIC, LLC,

            Plaintiff,

      v.

RANYA AND DANIA L.L.C. d/b/a DANIA SMOKE SHOP and ALI ALTAMEEMI,

         Defendants.

NO. 3:23-cv-05179-JLR

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE OVER-LENGTH MOTION**

      The Court has before it the Plaintiff, GS HOLISTIC, LLC's Motion for Leave to File Over-Length Motion. Having considered Plaintiff's motion and finding good cause, the Court GRANTS Plaintiff leave to file a motion for default judgment not to exceeding 4,979 words.

IT IS SO ORDERED.

Dated this 1st day of July, 2024.

_____
United States District Court Judge

1

2 Presented by:

3

  */s/ Brett Harris*
4

5 Brett Harris
  Washington Bar #55680
6 Virgo Law
  119 1st Avenue South
7 Seattle, Washington 98104
  Serv603@LegalBrains.com
8 Telephone: 561-232-2222
  *Attorney for the Plaintiff*
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26